UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA – FOURTH DIVISION

---

**Rita K. Welfring,**

**Court File No. 01-CV-291 DWF/SRN**

**Plaintiff,**

**v.**

**STIPULATION OF DISMISSAL WITH PREJUDICE**
AND ORDER

**Standard Insurance Company, an Oregon corporation,**

**Defendant.**

---

**IT IS HEREBY STIPULATED AND AGREED TO** by and between the parties to this action, by their respective counsel, that all claims and causes of action asserted by any of the parties to this lawsuit may be dismissed with prejudice and without costs to any party and without further notice.

Dated: 3/28/02, 2002

Fay Fishman
Attorney for Plaintiff
**PETERSON & FISHMAN**
3009 Holmes Avenue South
Minneapolis, MN 55408

Dated: 3/25/02, 2002

Terrance J. Wagener
Attorney for Defendant
**Krass & Monroe, P.A.**
1100 Southpoint Office Center
1650 West 82nd Street
Bloomington, MN 55431-1447

APR 01 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**ORDER**

Based upon the foregoing Stipulation,

**IT IS HEREBY ORDERED** that all claims and causes of action asserted by any of the parties to this lawsuit may be dismissed with prejudice and without costs to any party and without further notice.

Dated this 1st day of April, 2002.

**BY THE COURT:**

**Donovan Frank**
**Judge of U.S. District Court**

G:\WPDATA\S\STANDARD.INS\008-WELFRING\PLD\STIPULATION DISMISS WPREJUDICE.DOC